# United States District Court
## CIVIL MINUTES - GENERAL

Time: 12:00 - 12:44 p.m.             Case # 4:11cv107-RH
Date: March 22, 2012

JAMES W DAVIS v. STATE OF FLORIDA DEPARTMENT OF JUVENILE JUSTICE

DOCKET ENTRY: TELEPHONIC SUMMARY JUDGMENT HEARING held. Parties argue Motion for Summary Judgment. Ruling by Court: Summary Judgment is DENIED. The trial will be held on the week beginning April 23rd or April 30th. Jury selection will remain on April 2nd. An order is forthcoming.

PRESENT:     HONORABLE **ROBERT L. HINKLE**, U. S. DISTRICT JUDGE

          Elizabeth Lawrence            Judy Nolton
          Deputy Clerk                   Court Reporter

| ATTORNEYS APPEARING FOR PLAINTIFF: | ATTORNEY APPEARING FOR DEFENDANT: |
|---|---|
| Marie Mattox | Jeffrey Howell |
| Erika Goodman | |

                                        Initials of the Clerk: ERL