UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES W. DAVIS,

    Plaintiff,                                  CASE NO. 4:11-cv-00107-RH-WCS

vs.

DEPARTMENT OF JUVENILE JUSTICE
STATE OF FLORIDA,

    Defendant.
_____/

**PLAINTIFF'S COUNSEL'S NOTICE OF AVAILABILITY ON APRIL 23, 2012**

Plaintiff, JAMES DAVIS, through his counsel, hereby gives notice that the undersigned is available on April 23, 2012 to try this case. Her conflict for that trial period has resolved.

                                                      Respectfully submitted,


                                                      s/ Marie A. Mattox
                                                      Marie A. Mattox [FBN 0739685]
                                                      MARIE A. MATTOX, P.A.
                                                      310 East Bradford Road
                                                      Tallahassee, Florida 32303
                                                      (850) 383-4800 (telephone)
                                                      (850) 383-4801 (facsimile)

                                                      ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been furnished by CM/ECF to all counsel of record this 27th day of March, 2012.


                                                     /s/ Marie A. Mattox
                                                    Marie A. Mattox