IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES W. DAVIS,

    Plaintiff,

v.                                          CASE NO.  4:11cv107-RH/WCS

DEPARTMENT OF JUVENILE JUSTICE,
STATE OF FLORIDA,

    Defendant.

_____/

**PRETRIAL ORDER**

This order confirms and adds to the rulings announced at the pretrial conference on March 22, 2012.  For the reasons set out on the record,

IT IS ORDERED:

1. The trial remains set for the trial period that begins on April 2, 2012.  An attorney conference will begin at 8:15 a.m., followed immediately by jury selection.  The remainder of the trial will begin on April 23 or April 30.[1]  Jury selection may be combined with one or more other cases.

---

[1] At the pretrial conference, the plaintiff's attorney noted a potential conflict on April 23.  That conflict has cleared.  There is some chance, though, that I will have

2. Unless otherwise ordered before the striking of the jury begins, each side will have three peremptory challenges.

3. By March 30, 2012, a party may file a proposal for voir dire questions by the court.  At the trial, a party may orally request voir dire questions by the court. After the court's voir dire, a party may ask its own voir dire questions, but they must be reasonably calculated to develop information for use in exercising cause or peremptory challenges and must *not* include questions intended solely or primarily to establish a relationship with the jurors, condition the jurors, inform the jurors of the facts or issues in the case, elicit an agreement from the jurors on the facts or law or a possible verdict, or argue the case.

4. By April 16, 2012, a party must give notice of the pages and lines of deposition testimony the party will introduce at trial.  By April 18, 2012, a party so notified must give notice of any other part of the deposition the party wishes to have introduced at the same time.  By April 20, 2012, a party must give notice of any objection to the introduction of deposition testimony identified under this paragraph.  An objection or disagreement must be brought to the court's attention by the time of the attorney conference that precedes opening statements and the remainder of the trial.  Notice under this paragraph must be given to each other

---

to try another case on April 23.  If so, the trial of this case will move to April 30. A final trial date should be available soon.  The attorneys may stay in touch with the courtroom deputy clerk for updates.

Case No.  4:11cv107-RH/WCS

party but need not be filed.  Nothing in this paragraph affects the use of a deposition for impeachment of a testifying witness.

    5. An exhibit offered at the trial (a) may be numbered in accordance with the exhibit list submitted as part of the pretrial stipulation, or (b) may be numbered in accordance with a more recent exhibit list filed with the consent of all parties.  The pages of an exhibit must be numbered, or other means must be readily available for identifying each page.  An exhibit must not be renumbered except as authorized by this paragraph.  Every exhibit (or an exact copy) *must* be provided to the attorney for each other party by April 5, 2012, and must be read by an attorney for each other party by April 16, 2012.  An objection not noted in the pretrial stipulation has been waived.

    6. Materials that a party proposes to show the jury in opening statement must be disclosed in advance to an attorney for each other party.

    7. The defendant's summary-judgment motion, ECF No. 27, is DENIED.

    8. The plaintiff's motion, ECF No. 44, to extend the deadline for filing his affidavit is GRANTED.  The affidavit is deemed timely.

    SO ORDERED on March 27, 2012.

                                          s/Robert L. Hinkle
                                          United States District Judge