# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JAMES W. DAVIS,

    Plaintiff,

v.                               CASE NO. 4:11cv107-RH/WCS

DEPARTMENT OF JUVENILE JUSTICE,
STATE OF FLORIDA,

    Defendant.

_____/

## ORDER STACKING THE TRIAL

The pretrial order, ECF No. 62, noted that the trial would be stacked to begin on April 23 or 30, 2012, depending on the schedule for an unrelated criminal trial. As it turns out, the criminal trial will begin on April 23. The trial in the case at bar will begin on April 30.

SO ORDERED on March 30, 2012.

                                                  s/Robert L. Hinkle
                                                  United States District Judge