UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES W. DAVIS,

    Plaintiff,

Case No. 4:11-cv-00107-RH-WCS

vs.

STATE OF FLORIDA,
DEPARTMENT OF JUVENILE JUSTICE,

    Defendant.

_____/

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS FOR JURY SELECTION

    Defendant, STATE OF FLORIDA, DEPARTMENT OF JUVENILE JUSTICE, pursuant to Paragraph 3 of the Pretrial Order dated March 27, 2012, submits the following proposed *voir dire* questions to be asked during jury selection in this matter:

1. Have you ever been employed by the State of Florida or the Defendant, Florida Department of Juvenile Justice? If so, as to each employment position, please identify the employer, the position you held, the time period you worked at the position, and the circumstances involving your separation from employment.

2. If you worked for the Department, did you ever receive any discipline? If so, please explain the circumstances.

3. Have you or has anyone in your immediate family ever worked for any other government agency? If so, please state the name of the governmental agency you worked for, the department that employed you, and the position you held.

1

4. Have any among you ever felt that you were unfairly treated by the State of Florida regarding potential employment with the State?

5. Do you have any opinion at all about the Florida Department of Juvenile Justice? If you do, what is it?

6. If the jury concludes that Mr. Davis should win his suit, the jury will be asked to determine if he is entitled to an award of money damages. Would the fact that the defendant is a government agency have a bearing on the amount of damages you might award? If so, please explain.

7. Have you ever owned a business or been an employer?

8. Have any of you ever been an executive officer, manager or personnel officer in an organization which has employees, such as a business or unit of government? In other words, have you had management authority at your job?

9. If you have managed employees in your job, have you had experience solving personnel disputes?

10. If you have managed employees in your job, have you had hiring and firing authority?

11. Have you ever been required to terminate an employee?

12. Have you ever had the authority to discipline employees?

13. If you have had disciplinary authority, have you ever disciplined an employee? If so, what was the nature of the discipline?

14. Have you ever had to investigate allegations of wrongdoing in the workplace as part of your duties? Specifically, have you ever investigated a discrimination claim?

15. Does anyone have a spouse, close relative, or friend who is, or has ever been an executive officer, manager or personnel officer in an organization which has employees, such as a

business or unit of government? If so, did that spouse, relative or friend ever have to discipline an employee? Have they ever had to terminate an employee?

16. Have you ever been fired from a job for reasons that you thought were illegitimate?

17. Have you ever been denied a promotion for reasons that you thought were illegitimate?

18. Have you, anyone in your family, or a friend ever been terminated from, or asked to leave, his or her employment? If so, what were the circumstances?

19. Have you, anyone in your family, or a friend ever been accused of unfair treatment of an employee at work? If so, what were the circumstances?

20. Have you, anyone in your family, or a friend ever been a victim of what you felt was unfair treatment at work? If so, what were the circumstances?

21. Have you or a family member or any close friends filed a complaint alleging discrimination on the basis of race, sex, age, national origin, religion, or disability? Has anyone brought one against you? If so, please explain the circumstances, and how the complaint was resolved.

22. Have you or any family member or any close friends filed a lawsuit alleging discrimination on the basis of race, sex, age, national origin, religion, or disability. If so please explain the circumstances, and how the lawsuit was resolved.

23. Do you feel that your civil rights have ever been violated by any person? If so, by whom, when, and what were the circumstances? Were you compensated monetarily or otherwise for the violation and in what manner?

24. Have you or any family member or any close friends suffered from any discrimination on the basis of race, sex, age, national origin, religion, or disability? If so, what were the

circumstances? (If the answer to this question is of a private or confidential nature you are free to answer outside the hearing of anyone else and only to me.)

25. Have any among you ever felt that an employer discriminated against you, a spouse, or friend because of race, sex, age, national origin, religion, or disability?

26. Have you, your spouse, or any close relative or friend ever been incarcerated in a jail or prison facility? (If the answer to this question is of a private or confidential nature you are free to answer outside the hearing of anyone else and only to me.)

27. Do any of you recognize any other member of the panel as being a close friend or associate? If so, would your decision be influenced one way or the other by the fact that you know this (these) other juror(s)?

28. Do you remember having read or heard anything about this case?

29. Have you ever been unemployed? If so, please explain the length of time for each period of unemployment, and the circumstances that led to the unemployment.

30. Are you currently, or have you ever been, a member of any labor or employment union?

31. Do you have any specialized knowledge concerning the identified parties that might bias your decision-making?

32. Do you have specialized knowledge concerning the laws governing discrimination claims?

33. Do you know any of the parties here today, Mr. James Davis, or the attorneys for either side?

34. Can you think of any other matter which you should call to the court's attention which may have some bearing on your qualifications as a juror, or which may prevent your

rendering a fair and impartial verdict based solely upon the evidence and my instructions to the law?

                                        Respectfully submitted,

                                        /s/Jeffrey S. Howell
                                        Jeffrey S. Howell
                                        Phipps & Howell
                                        Florida Bar No.: 0793840
                                        201 South Monroe Street
                                        4th Floor
                                        Tallahassee, Florida 32301
                                        Attorney for Defendant
                                        State of Florida
                                        Department of Juvenile Justice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed Defendant's Proposed Voir Dire Questions For Jury Selection with the Clerk of Court, in the United States District Court for the Northern District of Florida, Tallahassee Division, by using the CM/ECF system which will send a notice of electronic filing to Plaintiff's attorney Erika E. Goodman, Erika E. Goodman, P.A., 2931 Kerry Forest Parkway, Suite 202, Tallahassee, Florida 32309 this 30th day of March 2012.

                                        /s/Jeffrey S. Howell
                                        Jeffrey S. Howell