UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES W. DAVIS,

    Plaintiff,                          CASE NO. 4:11-cv-00107-RH-CAS

vs.

DEPARTMENT OF JUVENILE JUSTICE
STATE OF FLORIDA,

    Defendant.
_____/

### PLAINTIFF'S SECOND AMENDED EXHIBIT LIST FOR TRIAL

Plaintiff, JAMES W. DAVIS, hereby files this Second Amended Exhibit List[1] for trial:

| No. | Date | No. Only, Def. Exh. No, BS No. For former Pl. No. | Date Identified | Date Admitted | Description/Comment |
|---|---|---|---|---|---|
| 1 | | | | | Position description omc manager not signed or dated. |
| 2 | | | | | Position description omc manager not signed or dated. |
| 3 | | | | | Position description senior cyf counselor. |
| 4 | | | | | Position description for omc manager effective 5/30/08 |
| 5 | | | | | Position description omc manager effective 6/08/01 |

---

      [1]     Plaintiff has not listed separately as exhibits all documents attached to each numbered exhibit but places Defendant on notice that all attachments to all documents listed herein are included within his Exhibit List.

| No. | Date | No. Only, Def. Exh. No, BS No. For former Pl. No. | Date Identified | Date Admitted | Description/Comment |
|---|---|---|---|---|---|
| 6 | | | | | Defendant's employee handbook. |
| 7 | | | | | Suzanne Chambers' Personnel File. |
| 8 | | | | | Plaintiff's Medical Records. |
| 9 | | | | | Traffic accident report. |
| 10 | | | | | Organizational Charts. |
| 11 | | | | | Stuart Wolcott's Personnel File. |
| 12 | | | | | Personnel File of Mary Mills. |
| 13 | | | | | Documents constituting the personnel, pay, disciplinary, leave, time and attendance and every other file Defendant maintained on Plaintiff. |
| 14 | | | | | Emails produced by Defendant 2/01/12 (SUBJECT TO OBJECTION BY PLAINTIFF AFTER PLAINTIFF HAS HAD AN OPPORTUNITY TO REVIEW) . |
| 15 | | | | | Plaintiff's 7/29/09 termination letter. |
| 16 | | | | | 3/24/08 Written reprimand to Plaintiff from Mills. |
| 17 | | | | | 3/24/08 Letter to Mr. Davis from Mills unsigned. |
| 18 | | | | | 4/24/08 Plaintiff's rebuttal to reprimand. |

| No. | Date | No. Only, Def. Exh. No, BS No. For former Pl. No. | Date Identified | Date Admitted | Description/Comment |
|---|---|---|---|---|---|
| 19 | | | | | 2007-2008 evaluation for Plaintiff. |
| 20 | | | | | 2007-2008 evaluation for Plaintiff with note by Mills. |
| 21 | | | | | 5/21/08 memo from Plaintiff re: 2007-2008 evaluation. |
| 22 | | | | | 2008-2009 evaluation for Plaintiff. |
| 23 | | | | | Plaintiff's memo re: 2008-2009 evaluation. |
| 24 | | | | | Commitment Management Administrative Review 1st Judicial Circuit. |
| 25 | | | | | Commitment Management Administrative Review 14th Judicial Circuit. |
| 26 | | | | | 11/03/08 memo to Olson from McMahon re: Commit. Mng. Adm. Rev. |
| 27 | | | | | Letter from Plaintiff to Mr. Zurita. |
| 28 | | | | | Letter from Plaintiff re: reprimand to EEOC. |
| 29 | | | | | Plaintiff separation notice. |
| 30 | | | | | Acknowledgment receipt of Employee Handbook signed by Plaintiff 4/18/03. |
| 31 | | | | | Employee Handbook. |

| No. | Date | No. Only, Def. Exh. No, BS No. For former Pl. No. | Date Identified | Date Admitted | Description/Comment |
|---|---|---|---|---|---|
| 32 | | | | | OMC manager position description 6/8/01. |
| 33 | | | | | OMC manager position description 5/30/08. |
| 34 | | | | | Plaintiff's application for OMC manager. |
| 35 | | | | | Performance review 10/01/08-12/31/08. |
| 36 | | | | | Performance review for Plaintiff 7/01/08-9/30/08. |
| 37 | | | | | Email from Mills to Plaintiff re: Request for Action Plan. |
| 38 | | | | | Email from system Admin re: delivered: request for Action Plan. |
| 39 | | | | | Email from Plaintiff to Mills re: read: request for Action Plan. |
| 40 | | | | | Plaintiff's evaluation 2004-2005. |
| 41 | | | | | 2006 Tax return. |
| 42 | | | | | 2007 Tax return. |
| 43 | | | | | 2008 Tax return. |
| 44 | | | | | 2009 Tax return. |
| 45 | | | | | 2010 Tax return. |
| 46 | | | | | Documents re: Plaintiff's unemployment claim. |

| No. | Date | No. Only, Def. Exh. No, BS No. For former Pl. No. | Date Identified | Date Admitted | Description/Comment |
|---|---|---|---|---|---|
| 47 | | | | | Email from Elisa Watson to Plaintiff re: Requested Evaluations from 2004-2007 & 2009. I am also requesting information on Mary Mills. |
| 48 | | | | | Plaintiff's evaluation for 2003-2004. |
| 49 | | | | | Proposed Action Form request to fill vacancy FY 2008-2009. Effective date 8/22/08. |
| 50 | | | | | DJJ letter to Mills from Mary Zahasky. Dec. 21, 2009. |
| 51 | | | | | DJJ interoffice memo to Darryl Olson from Mary Mills re: Exemption to fill Government Operations Consultant 1. Position #81518 above minimum salary. Dec. 21, 2009. |
| 52 | | | | | DJJ interoffice memo to Darryl Olson from Mary Mills re: Exemption to fill Government Analyst 1, non-direct care position and to fill the position above minimum salary. Aug. 14, 2008. |
| 53 | | | | | Email from Sharon Neelands to Alan Hall, Tom Witt, Stephen Myers, and Sherry Bock. Re: CMT for October. Oct. 9, 2010. |

| No. | Date | No. Only, Def. Exh. No, BS No. For former Pl. No. | Date Identified | Date Admitted | Description/Comment |
|---|---|---|---|---|---|
| 54 | | | | | Email from Vicki Cunniff to Maresha Alexander, Angelyn Richards, Dicye Byrd, Cameo Collins, Vicki Cunniff, James Davis, Donald Lasseter, Donnie Read, Michelle Duncan, Linda Eason, Dexter Harrell, Wanda Jackson, Jeanette Jackson, Thomas Manley, Linda Matson, Phyllis Law, Julie Pla, George Schaffer, Shannon Baker, Lisa Sherry, Sharon Smith, Vicki Donaldson, Cody Wood and Megan Young. Re: Agenda Items. April 29, 2009. |
| 55 | | | | | Circuit Two Circuit Management Team Agenda 5/06/2009. |
| 56 | | | | | Email from Brian Berkowitz to Darryl Olson. April 29, 2009. Re: Future funding consideration. |
| 57 | | | | | Email from Darryl Olson to Brian Berkowitz Re: FW: Future funding consideration. |
| 58 | | | | | Email from Mary Mills to Brenda Harrell re: Staffing Schedule. Feb. 1, 2008. |
| 59 | | | | | Email from Mary Mills to Brenda Harrell, James Davis and Stuart Wolcott re: New Intakes at IHH. March 7, 2008. |

| No. | Date | No. Only, Def. Exh. No, BS No. For former Pl. No. | Date Identified | Date Admitted | Description/Comment |
|---|---|---|---|---|---|
| 60 | | | | | Email from Debbie Metcalfe on behalf of Mary Mills to James Davis and Mary Mills re: Commitment/ transfer staffing list for 3/30/09. March 27, 2009. |
| 61 | | | | | Email from Mary Mills to James Davis re: Detention Reviews. Dec. 12, 2007. |
| 62 | | | | | Email from Mary Mills to James Davis and Herman McBride re: Medical issue/ youth in detention and waiting placement. Nov. 21, 2007. |
| 63 | | | | | Email from Mary Mills to Debra Sasser re: Slot Utilization at WFWI. Nov. 21, 2007. |
| 64 | | | | | Email from Mary Mills to Greg Brown re: OYDC. Nov. 15, 2007. |
| 65 | | | | | Email from Mary Mills to Suzanne Chambers, Tom Franklin, Brenda Harrell, Randy Holbrook, Paul McIntyre, Florence Pitts, Oleta Riggs, Debra Sasser, Susan Squibb, Virgil Wright, Darrell Bacon, Greg Brown, Gleycia Green, Quintin Jones, Herman McBride, Patrick McKinstry, Linda Nelson, Paul Wilson and Stuart Wolcott. re: Step-down process. Nov. 11, 2007. |

| No. | Date | No. Only, Def. Exh. No, BS No. For former Pl. No. | Date Identified | Date Admitted | Description/Comment |
|---|---|---|---|---|---|
| 66 | | | | | Email from Mary Mills to Rex Uberman re: Polk YDC Nov. 9, 2007. |
| 67 | | | | | Email from Mary Mills to Billy Starke and Janie McGeorge re: STOP camp escape review. Nov. 2, 2007. |
| 68 | | | | | Email from Mary Mills to James Davis re: fwd: Contract modification for WFWI. Nov. 2, 2007. |
| 69 | | | | | Email from Mary Mills to James Davis re: Bed utilization and re-engineering calls. Oct. 29, 2007. |
| 70 | | | | | Email from Mary Mills to James Davis, Ann Pillsbury, Susan Squibb and Suzanne Chambers re: JUST Program. Oct. 29, 2007. |
| 71 | | | | | Email from Mary Mills to Debra Sasser and James Davis re: Bed utilization and re-engineering calls. Oct. 28, 2007. |
| 72 | | | | | Email from Mary Mills to James Davis re: Bed utilization and re-engineering calls. Oct. 27, 2007. |

| No. | Date | No. Only, Def. Exh. No, BS No. For former Pl. No. | Date Identified | Date Admitted | Description/Comment |
|---|---|---|---|---|---|
| 73 | | | | | Email from Mary Mills to James Davis, Ann Pillsbury, Susan re: fwd: fw: Bed available at Okaloosa Youth Academy on Friday, Oct. 19, 2007. Oct. 25, 2007. |
| 74 | | | | | Email from Mary Mills to James Davis and Ann Hamilton re: long term residential stays monthly report. Oct. 15, 2007. |
| 75 | | | | | Email from Mary Mills to Suzanne Chambers, Tom Franklin, Brenda Harrell, Randy Holbrook, Paul McIntyre, Florence Pitts, Oleta Riggs, Debra Sasser, Susan Squibb, Virgil Wright, Darrell Bacon, Greg Brown, Gleycia Green, Quintin Jones, Herman McBride, Patrick McKinstry, Linda Nelson, Paul Wilson, Stuart Wolcott, James Davis, Oliver Jones, Ann Pillsbury, Billy Starke and Mary Zahasky re: A.R. Nov. 21, 2007. |
| 76 | | | | | Letter from Lauren Rivera to Judge Grimes. Nov. 16, 2007. |
| 77 | | | | | Email from Mary Mills to James Davis re: Jan. 9, 2008. |
| 78 | | | | | Email from James Davis to Mary Mills re: staffing. March 19, 2008. |

| No. | Date | No. Only, Def. Exh. No, BS No. For former Pl. No. | Date Identified | Date Admitted | Description/Comment |
|---|---|---|---|---|---|
| 79 | | | | | Email from Mary Mills to James Davis re: Monthly Commitment Analysis Report.xls. March 18, 2008. |
| 80 | | | | | Email from James Davis to NW Res Commitment Mangers re: Fw: Waiting list questions. March 14, 2008. |
| 81 | | | | | Email from Mary Mills to Brenda Harrell and James Davis. Re: Fw: Okaloosa Intensive Transfers. March 12, 2008. |
| 82 | | | | | Email from James Davis to Mary Mills re: Requested Information. March 10, 2008. |
| 83 | | | | | Email from James Davis to Mary Mills and Paula Polhill re: M. staffing. March 10, 2008. |
| 84 | | | | | Email from Mary Mills to James Davis and Tom Franklin re: Panther waitlist. March 7, 2008. |
| 85 | | | | | Email from Mary Mills to Brenda Harrell and Greg Brown Re: Fw: Okaloosa IHWH. March 7, 2008. |
| 86 | | | | | Email from James Davis to Mary Mills re: staff meeting dates. March 4, 2008. |

| No. | Date | No. Only, Def. Exh. No, BS No. For former Pl. No. | Date Identified | Date Admitted | Description/Comment |
|---|---|---|---|---|---|
| 87 | | | | | Email from Mary Mills to Stuart Wolcott, James Davis, Suzanne Chambers, Tom Franklin, Brenda Harrell, Randy Holbrook, Paul McIntyre, Florence Pitts, Oleta Riggs, Debra Sasser, Susan Squibb and Virgil Wright re: Youth Placement Procedure. Feb. 23, 2008. |
| 88 | | | | | Email from Mary Mills to Suzanne Chambers re: Regional Training Coordinator. Feb. 23, 2008. |
| 89 | | | | | Email from Mary Mills to James Davis re: Gang Threat. Feb. 20, 2008. |
| 90 | | | | | Email from Mary Mills to Brenda Harrell re: Completed CE. Feb. 18, 2008. |
| 91 | | | | | Email from Mary Mills to Debra Sasser re: fw: Out of Office autoreply: Sign out board. Feb. 6, 2008. |
| 92 | | | | | Email from Mary Mills to Debra Sasser re: Sign out board. Feb. 6, 2008. |
| 93 | | | | | Email from Mary Mills to James Davis re: Blackwater stop camp-low risk component. Jan. 30, 2008. |

| No. | Date | No. Only, Def. Exh. No, BS No. For former Pl. No. | Date Identified | Date Admitted | Description/Comment |
|---|---|---|---|---|---|
| 94 | | | | | Email from Mary Mills to Stuart Wolcott and James Davis re: fw: Laventure, Kelcey DJJ-Residential Program JoAnne Bridges. Jan. 4, 2008. |
| 95 | | | | | Email from Theda Stewart to Dyan Laventure re: update on Kelcey. Dec. 12, 2007 |
| 96 | | | | | Email from Theda Stewart to Dyan Laventure re: Kelcey. Oct. 22, 2007. |
| 97 | | | | | Email from David Greenman to Latanya Denson re: 30 day performance summary on Bay County youth. Nov. 15, 2007. |
| 98 | | | | | Email from David Green man to Marcus Smith and Mobley Tuwollar. Dec. 10, 2007. |
| 99 | | | | | Email from Mary Mills to Rex Uberman, Thomas McFadyen, James Davis and Stuart Wolcott re: female high risk. Dec. 28, 2007. |
| 100 | | | | | Email from Mary Mills to James Davis and Brenda Harrell re: Commitment Staffing. Dec. 19, 2007. |

| No. | Date | No. Only, Def. Exh. No, BS No. For former Pl. No. | Date Identified | Date Admitted | Description/Comment |
|---|---|---|---|---|---|
| 101 | | | | | Email from Mary Mills to Suzanne Chambers, Tom Franklin, Brenda Harrell, Randy Holbrook, Paul McIntyre, Florence Pitts, Oleta Riggs, Debra Sasser, Susan Squibb and Virgil Wright re: Youth Placement. Nov. 30, 2007. |
| 102 | | | | | Email from Debbie Metcalfe to Darrell Bacon, Shreddrick Brooks, Betsy Chance, James Davis, Wanda Jackson, Oliver Jones, Debbie Metcalfe, Mary Mills, Jeanine Rhodes, Billy Starke, Stuart Wolcott and Mary Zahasky re: Contact numbers for Mary Mills. April 22, 2009. |
| 103 | | | | | DJJ Commitment Manager Management Review Circuit 14 Corrective Action Plan. Aug. 25, 2008. |
| 104 | | | | | Email from Mary Mills to James Davis re: 14th JC Commitment Management Review. Aug. 18, 2008. |
| 105 | | | | | DJJ Certificate thanking Mr. Davis for a job well done. |
| 106 | | | | | 2008-2009 evaluation unsigned. |
| 107 | | | | | Plaintiff's rebuttal to 2008-2009 evaluation. |

| No. | Date | No. Only, Def. Exh. No, BS No. For former Pl. No. | Date Identified | Date Admitted | Description/Comment |
|---|---|---|---|---|---|
| 109 | | | | | EEOC Charge of Discrimination. Nov. 15, 2009. |
| 110 | | | | | Letter from James Davis requesting that information be updated/amended. |
| 111 | | | | | EEOC letter from Manuel Aurita. Feb. 25, 2010. |
| 112 | | | | | EEOC letter from Intake Unit to Mr. Davis re: EEOC Charge No. 511-2010-00542. Jan. 13, 2010. |
| 113 | | | | | Email from David Peoples to Lydia Breaux-Davis re: fw: Requested Evaluations from 2004-2007 & 2009. I am also requesting information on Mary Mills. April 15, 2011. |
| 114 | | | | | Notice of Service of Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories. |
| 115 | | | | | Interoffice Memo from Darryl Olson to DJJ Stakeholders re: Commitment Management Process. Sept. 28, 2008. |
| 116 | | | | | DJJ Commitment Manager Management Review. Aug. 25, 2008. |
| 117 | | | | | DJJ Evaluation 2007-2008 |
| 118 | | | | | DJJ Evaluation 2007-2008 |
| 119 | | | | | DJJ Evaluation 2007-2008 |

| No. | Date | No. Only, Def. Exh. No, BS No. For former Pl. No. | Date Identified | Date Admitted | Description/Comment |
|---|---|---|---|---|---|
| 120 | | | | | Statewide Commitment Manager Roster. |
| 121 | | | | | Chapter 4 Admission and Orientation. |
| 122 | | | | | Chapter 8 Commitment. |
| 123 | | | | | Notice of Service of Plaintiff's Answers to Defendant's Second Interrogatories. |
| 124 | | | | | Plaintiff's First Set of Interrogatories to Defendant. |
| 125 | | | | | Notice of Service of Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories. |
| 126 | | | | | Documents regarding Dozier produced by Defendant in response to Plaintiff's Second Request for Production |
| 127 | | | | | Personnel file of Shelley McKinney |
| 128 | | | | | Deposition transcripts for all persons deposed in this case and any exhibit appended thereto |
| 129 | | | | | Personnel file of David Rewak |
| 130 | | | | | Personnel file of Debra Sutton |
| 131 | | | | | Personnel file of Mary Zahasky |
| 156 | | | | | Mortality tables |

15

| No. | Date | No. Only, Def. Exh. No, BS No. For former Pl. No. | Date Identified | Date Admitted | Description/Comment |
|---|---|---|---|---|---|
| 157 | | | | | July 6, 2009 memorandum From Mary Mills to Darryl Olson Re: Dismissal Request for James Davis, Operations Management Consultant Manager |
| 158 | | | | | Job Well Done commendation to James Davis from Mary Mills |
| 159 | | | | | July 23, 2009 memorandum to Mary Mills from Rod Love |
| 160 | | | | | July 27, 2009 letter of termination to James Davis from Mary Mills |
| 161 | | | | | Email string ending with email from Jeanine Rhodes to Katrina Dickey and Wanda Horgan dated August 31, 2009 |
| 162 | | | | | Notice of Determination from Unemployment regarding James Davis |
| 163 | | | | | Employee Notice of Separation |

16

                Respectfully submitted,

                /s/ Erika E. Goodman
                Erika E. Goodman (FBN 0060951)
                ERIKA E. GOODMAN, P.A.
                2931 Kerry Forest Parkway
                Suite 202 (32309)
                P.O. Box 15194
                Tallahassee, FL 32317
                Telephone:  (850) 210-1100
                Facsimile:     (850) 210-1190
                erika@ErikaGoodmanLaw.com

                COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing has been furnished to all counsel of record via CM/ECF this 6th day of April, 2012.

                /s/ Erika E. Goodman
                Erika E. Goodman